UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ST. LOUIS LEASED HOUSING                )
ASSOCIATES MASTER TENANT V, LLLP,       )
                                        )
      Plaintiff,                        )
                                        )
                                        )
      v.                                )      No. 4:23-CV-01106-SRW
                                        )
WEBSTER UNIVERSITY,                     )
                                        )
      Defendant.                        )

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this

case to a District Judge.

     **IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from

Magistrate Judge Stephen R. Welby to District Judge Sarah E. Pitlyk.


September 7, 2023             *Gregory J. Linhares*          /
Date                      Clerk of Court

                By:   /s/ Carol Long       /
                    CAROL LONG
                    Deputy Clerk


**In all future documents filed with the Court, please use the following case number:
4:23-CV-01106-SEP**