IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| St. Louis Leased Housing Associates Master Tenant V, LLLP, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 23-cv-1106 ) ) |
| Webster University, | ) ) |
| Defendant. | ) |

**PLAINTIFF ST. LOUIS LEASED HOUSING ASSOCIATES MASTER TENANT V, LLLP'S DISCLOSURE OF ORGANIZATIONAL INTERESTS**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP ("Plaintiff") hereby discloses the following organizational interests:

1. As a nongovernmental corporate party:

    a. Whether it is publicly traded, and if it is, on which exchange(s): None.

    b. Its parent companies or corporations: None.

    c. Its subsidiaries not wholly owned by the subject: None.

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock: None.

2. Name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations, pursuant to diversity requirements under 28 U.S.C. § 1332(a):

    a. Plaintiff is a Missouri limited liability partnership with a business address located at 2905 Northwest Boulevard, Suite 150, Plymouth, MN 55441.  The partners of the Plaintiff are St. Louis Leased Housing Associates Master Tenant V, LLC, a Minnesota limited liability company and St. Louis Leased Housing Associates

62411342v2

Master Tenant LP V, LLC a Minnesota limited liability company.  The partners of the Plaintiff consist of limited liability and sub-limited liability companies, the ultimate members of which are citizens of Minnesota, Arizona, Florida, Texas and South Dakota.  Specifically:

i. The members of St. Louis Leased Housing Associates Master Tenant V, LLC are:

(1) Dominium Holdings I, LLC, a Minnesota limited liability company whose sole member is Polaris Holdings I, LLC, a Minnesota limited liability company.  The members of Polaris Holdings I, LLC are the Paul Sween 2018 – 1 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 – 2 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 -3 Trust (a South Dakota Trust with South Dakota Trust Company as trustee), Armand Brachman, a Minnesota resident, Mark Moorhouse, a Minnesota resident, Jeff Huggett, a Minnesota resident, Chris Barnes, a Minnesota resident and Dominium SVP Plan, LLC, a Minnesota limited liability company.  The members of Dominium SVP Plan, LLC are Armand Brachman, a Minnesota resident, Tim Allen, a Minnesota resident, Brendt Rusten a Florida resident, John Sipes, a Texas resident and PSMM Holdings, LLC, a Minnesota limited liability company (whose members are Mark Moorhouse, a Minnesota resident and Paul Sween, an Arizona resident).

(2) Dominium Holdings II, LLC, a Minnesota limited liability company, whose sole member is Dominium Holdings I, LLC, whose sole member, in turn, is Polaris Holdings I, LLC, a Minnesota limited liability company.  The members of Polaris Holdings I, LLC are the Paul Sween 2018 – 1 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 – 2 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 -3 Trust (a South Dakota Trust with South Dakota Trust Company as trustee), Armand Brachman, a Minnesota resident, Mark Moorhouse, a Minnesota resident, Jeff Huggett, a Minnesota resident, Chris Barnes, a Minnesota resident and Dominium SVP Plan, LLC, a Minnesota limited liability company.  The members of Dominium SVP Plan, LLC are Armand Brachman, a Minnesota resident, Tim Allen, a Minnesota resident, Brendt Rusten a Florida resident, John Sipes, a Texas resident and PSMM Holdings, LLC, a Minnesota limited liability company (whose members are Mark Moorhouse, a Minnesota resident and Paul Sween, an Arizona resident).

(3) Polaris Holdings I, LLC, a Minnesota limited liability company.  The members of Polaris Holdings I, LLC are the Paul Sween 2018 – 1 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 – 2 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul

Sween 2018 -3 Trust (South Dakota Trust with South Dakota Trust Company as trustee), Armand Brachman, a Minnesota resident, Mark Moorhouse, a Minnesota resident, Jeff Huggett, a Minnesota resident, Chris Barnes, a Minnesota resident and Dominium SVP Plan, LLC, a Minnesota limited liability company.  The members of Dominium SVP Plan, LLC are Armand Brachman, a Minnesota resident, Tim Allen, a Minnesota resident, Brendt Rusten a Florida resident, John Sipes, a Texas resident and PSMM Holdings, LLC, a Minnesota limited liability company (whose members are Mark Moorhouse, a Minnesota resident and Paul Sween, an Arizona resident).

ii. The members of St. Louis Leasing Housing Associates Master Tenant LP V, LLC are:

(1) Dominium Holdings I, LLC, a Minnesota limited liability company whose sole member is Polaris Holdings I, LLC, a Minnesota limited liability company.  The members of Polaris Holdings I, LLC are the Paul Sween 2018 – 1 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 – 2 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 - 3 Trust (a South Dakota Trust with South Dakota Trust Company as trustee), Armand Brachman, a Minnesota resident, Mark Moorhouse, a Minnesota resident, Jeff Huggett, a Minnesota resident, Chris Barnes, a Minnesota resident and Dominium SVP Plan, LLC, a Minnesota limited liability company.  The members of Dominium SVP Plan, LLC are Armand Brachman, a Minnesota resident, Tim Allen, a Minnesota resident, Brendt Rusten a Florida resident, John Sipes, a Texas resident and PSMM Holdings, LLC, a Minnesota limited liability company (whose members are Mark Moorhouse, a Minnesota resident and Paul Sween, an Arizona resident).

(2) Dominium Holdings II, LLC, a Minnesota limited liability company, whose sole member is Dominium Holdings I, LLC, whose sole member, in turn, is Polaris Holdings I, LLC, a Minnesota limited liability company.  The members of Polaris Holdings I, LLC are the Paul Sween 2018 – 1 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 – 2 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 -3 Trust (South Dakota Trust with South Dakota Trust Company as trustee), Armand Brachman, a Minnesota resident, Mark Moorhouse, a Minnesota resident, Jeff Huggett, a Minnesota resident, Chris Barnes, a Minnesota resident and Dominium SVP Plan, LLC, a Minnesota limited liability company.  The members of Dominium SVP Plan, LLC are Armand Brachman, a Minnesota resident, Tim Allen, a Minnesota resident, Brendt Rusten a Florida resident, John Sipes, a Texas resident and PSMM Holdings, LLC, a Minnesota limited liability

3

company (whose members are Mark Moorhouse, a Minnesota resident and Paul Sween, an Arizona resident).

(3) Polaris Holdings I, LLC, a Minnesota limited liability company. The members of Polaris Holdings I, LLC are the Paul Sween 2018 – 1 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 – 2 Irrevocable Trust (a South Dakota Trust with South Dakota Trust Company as trustee), the Paul Sween 2018 -3 Trust (South Dakota Trust with South Dakota Trust Company as trustee), Armand Brachman, a Minnesota resident, Mark Moorhouse, a Minnesota resident, Jeff Huggett, a Minnesota resident, Chris Barnes, a Minnesota resident and Dominium SVP Plan, LLC, a Minnesota limited liability company.  The members of Dominium SVP Plan, LLC are Armand Brachman, a Minnesota resident, Tim Allen, a Minnesota resident, Brendt Rusten a Florida resident, John Sipes, a Texas resident and PSMM Holdings, LLC, a Minnesota limited liability company (whose members are Mark Moorhouse, a Minnesota resident and Paul Sween, an Arizona resident).

b. Webster University: Missouri.


**LATHROP GPM LLP**

By:   */s/ Emily E. Cantwell*
Emily E. Cantwell (63004)
Rosalie A. Swingle (74860)
emily.cantwell@lathropgpm.com
rosalie.swingle@lathropgpm.com
Pierre Laclede Center
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri  63105
Telephone:  314.613.2800
Telecopier:  314.613.2801

**Attorneys for Plaintiff**

62411342v2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically via the Court's ECF system upon all counsel of record on this 12th day of September, 2023.

*/s/ Emily E. Cantwell*

62411342v2