IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| St. Louis Leased Housing Associates Master Tenant V, LLLP, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-cv-01106-SEP ) |
| Webster University, | ) ) |
| Defendant. | ) |

**JOINT MOTION FOR ADDITIONAL TIME TO RESPOND**

COME NOW Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP ("Plaintiff"), and Defendant Webster University ("Defendant") (collectively, the "Parties"), by their respective undersigned counsel, and hereby move the Court to allow additional time, up to and including November 22, 2023, to file Defendant's response to Plaintiff's Complaint in this matter. In support of their Motion, the Parties jointly and respectfully state as follows:

1. Defendant was served with Plaintiff's Complaint on September 8, 2023.

2. Absent an extension of time, Defendant's response to Plaintiff's Complaint is due on September 29, 2023.

3. The Parties jointly request additional time, an extension to and including November 22, 2023, to allow Defendant to respond to Plaintiff's Complaint in this matter.

4. The Parties jointly submit that the purpose of this request for additional time is to allow the Parties time to engage in an early mediation to resolve their dispute.

5. The Parties jointly view this matter as a discrete dispute, which the Parties believe to be resolvable through early mediation.

WHEREFORE, Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP, and Defendant Webster University, hereby respectfully and jointly request that the Court enter an Order

1

granting the Parties Joint Motion for Additional Time to Respond thereby extending Defendant's deadline to respond to Plaintiff's Complaint up to and including November 22, 2023.

Dated: September 22, 2023                             Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/Christopher M. Blaesing*
Christopher M. Blaesing, #60685MO
chris.blaesing@bclplaw.com
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

*Attorneys for Defendant Webster University*

 **LATHROP GPM LLP**

 */s/Emily E. Cantwell (w/ consent)*
Emily E. Cantwell, #63004MO
ecantwell@lathropgpm.com
Rosalie A. Swingle, #74860MO
rosalie.swingle@lathropgpm.com
7701 Forsyth Boulevard
Suite 500
Clayton, Missouri 63105
Phone: (314) 613-2800
Fax:    (314) 613-2801

*Attorneys for Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which sent notification to the following counsel of record:

Emily E. Cantwell
ecantwell@lathropgpm.com
Rosalie A. Swingle
rosalie.swingle@lathropgpm.com
Lathrop GPM LLP
7701 Forsyth Boulevard, Suite 500
Clayton, MO 63105

*Attorneys for Plaintiff*
*St. Louis Leased Housing Associates*
*Master Tenant V, LLLP*

                                                        /s/*Christopher M. Blaesing*