IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| St. Louis Leased Housing Associates Master Tenant V, LLLP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:23-cv-01106-SEP ) |
| Webster University, | ) ) |
| Defendant. | ) ) |

**DEFENDANT WEBSTER UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Defendant Webster University makes the following disclosures:

1. As a nongovernmental corporate party:

    a. Whether it is publicly traded, and if it is, on which exchange(s): None.

    b. Its parent companies or corporations: None.

    c. Its subsidiaries not wholly owned by the subject: None.

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock: None.

2. Name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations, pursuant to diversity requirements under 28 U.S.C. § 1332(a):

    a. Webster University is a Missouri nonprofit corporation with its principal place of business located at 470 East Lockwood Avenue, St. Louis, MO 63119.

1

Dated: October 3, 2023	Respectfully submitted,

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        */s/Christopher M. Blaesing*
        Christopher M. Blaesing, #60685MO
        chris.blaesing@bclplaw.com
        211 North Broadway, Suite 3600
        St. Louis, Missouri 63102
        (314) 259-2000 (telephone)
        (314) 259-2020 (facsimile)

        ***Attorneys for Defendant Webster University***

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 3rd day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which sent notification to the following counsel of record:

 Emily E. Cantwell
 ecantwell@lathropgpm.com
 Rosalie A. Swingle
 rosalie.swingle@lathropgpm.com
 Lathrop GPM LLP
 7701 Forsyth Boulevard, Suite 500
 Clayton, MO 63105

 *Attorneys for Plaintiff*
 *St. Louis Leased Housing Associates*
 *Master Tenant V, LLLP*

                /s/*Christopher M. Blaesing*