IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| St. Louis Leased Housing Associates Master Tenant V, LLLP, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-cv-01106-SEP ) |
| Webster University, | ) ) ) |
| Defendant. | ) |

**WEBSTER UNIVERSITY'S
<u>CONSENT MOTION FOR ADDITIONAL TIME TO RESPOND</u>**

COMES NOW Defendant Webster University ("Defendant"), by and through its undersigned counsel, and hereby moves the Court to allow additional time, up to and including November 29, 2023, to file Defendant's response to Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP's ("Plaintiff") Complaint in this matter. In support of its Motion, Webster University, and with the consent of Plaintiff, states as follows:

1. Defendant was served with Plaintiff's Complaint on September 8, 2023.

2. The Parties jointly requested additional time for Defendant to respond to Plaintiff's Complaint on September 22, 2023, and this Court granted the motion thereby extending the deadline to respond up to and including November 22, 2023. (Doc. 12; 14).

3. Since the original request for additional time to respond filed on September 22, 2023, Plaintiff and Defendant (collectively, the "Parties") have engaged in negotiations to resolve this dispute outside of litigation.

4. The Parties believe they have reached an agreement in principle to resolve this dispute, but require additional time to draft and finalize an agreement.

5. Defendant therefore requests an additional week extension to respond to Plaintiff's Complaint, up to and including November 29, 2023.

1

6. Counsel for Plaintiff consents to the relief requested in this Motion for Additional Time to Respond.

WHEREFORE, Defendant Webster University hereby respectfully requests that the Court enter an Order granting Webster University's Consent Motion for Additional Time to Respond thereby extending Defendant's deadline to respond to Plaintiff's Complaint up to and including November 29, 2023.

Dated: November 22, 2023                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/Christopher M. Blaesing*
Christopher M. Blaesing, #60685MO
chris.blaesing@bclplaw.com
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

***Attorneys for Defendant Webster University***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which sent notification to the following counsel of record:

Emily E. Cantwell
ecantwell@lathropgpm.com
Rosalie A. Swingle
rosalie.swingle@lathropgpm.com
Lathrop GPM LLP
7701 Forsyth Boulevard, Suite 500
Clayton, MO 63105

*Attorneys for Plaintiff*
*St. Louis Leased Housing Associates*
*Master Tenant V, LLLP*

                                                  /s/*Christopher M. Blaesing*