IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| St. Louis Leased Housing Associates Master Tenant V, LLLP, <br><br> Plaintiff, <br><br> v. <br><br> Webster University, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 4:23-cv-01106-SEP ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP ("Plaintiff"), and Defendant Webster University ("Defendant") (collectively, the "Parties"), make this joint stipulation of dismissal without prejudice and mutually request that this matter be dismissed with each party to bear its own attorneys' fees and/or costs. This mutual dismissal will dispose of all claims as to all parties.

WHEREFORE, the Parties request that the Court enter the joint stipulation of dismissal without prejudice.

Dated: December 1, 2023              Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/Christopher M. Blaesing*
Christopher M. Blaesing, #60685MO
chris.blaesing@bclplaw.com
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

***Attorneys for Defendant Webster University***

**LATHROP GPM LLP**

<u>*/s/Emily E. Cantwell (w/ consent)*</u>
Emily E. Cantwell, #63004MO
ecantwell@lathropgpm.com
Rosalie A. Swingle, #74860MO
rosalie.swingle@lathropgpm.com
7701 Forsyth Boulevard
Suite 500
Clayton, Missouri 63105
Phone: (314) 613-2800
Fax:    (314) 613-2801

***Attorneys for Plaintiff St. Louis Leased Housing Associates Master Tenant V, LLLP***

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which sent notification to the following counsel of record:

Christopher M. Blaesing
chris.blaesing@bclplaw.com
Bryan Cave Leighton Paisner LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

*Attorneys for Defendant Webster University*

                                                                                                 */s/Emily E. Cantwell*